**No. 10-6186. Ernesto R. Hinojosa, Sr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1011, 131 S. Ct. 523, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8590.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6188. Ralph John Prepetit, Petitioner v. Virginia.**

562 U.S. 1011, 131 S. Ct. 523, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8658, 

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-6189. Ralph John Prepetit, Petitioner v. Virginia.**

562 U.S. 1011, 131 S. Ct. 523, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8604, 

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-6190. Dwan L. Owens, Petitioner v. Moreno Valley Hospital, et al.**

562 U.S. 1012, 131 S. Ct. 523, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8650.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6191. Gary Lee Waddel, Petitioner v. Justin Jones, Warden.**

562 U.S. 1012, 131 S. Ct. 523, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8491.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 862.

**No. 10-6192. Frederick L. Taylor, Petitioner v. Burl Cain, Warden.**

562 U.S. 1012, 131 S. Ct. 524, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8596.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6193. Earnest Lee Walker, Sr., Petitioner v. Alabama.**

562 U.S. 1012, 131 S. Ct. 525, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8633.

November 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 75 So. 3d 1228.

**No. 10-6195. David Wyatt Jones, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1012, 131 S. Ct. 525, 178 L. Ed. 2d 386, 2010 U.S. LEXIS 8515.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.